452 A.2d 1011

COMMONWEALTH of Pennsylvania

v.

Richard Allen HUGHES, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 18, 1982.

Decided Dec. 10, 1982.

206

John R. Merrick, Public Defender, R. Kerry Kalmbach, Asst. Public Defender, for appellant.

Lee Ruslander, Chief, Appeals Div., Philadelphia, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM:

Judgments of sentence affirmed.